No. 11–5462. TINAJERO-ORTIZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5463. VAQUERA-JUANES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5464. COMBS v. SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5465. DIAZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5466. O'CONNELL v. HARRINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5467. VAN SON THAI, AKA SON TAU, AKA THAI SON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5468. ALMANZAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5469. ABOUTALEB v. YASSIN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–5470. ABOUTALEB v. ELGAMMAL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–5471. APARICIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5473. KAMPFER v. REU ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5475. JOHNSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5476. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5477. JOHNSON v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5478. LEULUAIALII v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.